CLOSED

**U.S. District Court [LIVE]**
**Western District of Texas (Austin)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-00650-SS**

**Internal Use Only**

Reyna v. Davol Inc.
Assigned to: Honorable Sam Sparks
Case in other court: 274th Judicial District Court of Hays County, TX, 07-01251
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 07/30/2007
Date Terminated: 09/24/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Richard Reyna** represented by **Michael P. Mallia**
Vickery, Waldner & Mallia, LLP
One Riverway
Suite 1150
Houston, TX 77056-1920
(713) 526-1100
Fax: 713/523-5939
Email: mike@justiceseekers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **D. Mitchell McFarland**
Harrison, Bettis, Staff, McFarland & Weems, LLP
One Allen Center
500 Dallas Street
Suite 2600
Houston, TX 77002
(713) 843-7900
Fax: (713) 843-7901
Email: mitchell.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana A. Gausepohl**
Spriggs & Hollingsworth
1350 I Street, NW

Washington, DC 20005
(202) 898-5800
Fax: 202/862-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005
(202)898-5800
Fax: 202/862-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
Fax: 202/862-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 | 1 | NOTICE OF REMOVAL (Filing fee $350 receipt number 407236), filed by Davol Inc.. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet & copy of receipt)(mm5) (Entered: 08/01/2007) |
| 07/30/2007 | 2 | Certificate of NOTICE of Filing Removal Petition by Davol Inc. (mm5) (Entered: 08/01/2007) |
| 08/01/2007 | 3 | ORDER to supplement the record with state court filings. Signed by Judge Sam Sparks. (mm5) (Entered: 08/01/2007) |
| 08/01/2007 | 4 | Supplement to JS44 submitted by Davol Inc. (mm5) (Entered: 08/01/2007) |
| 08/01/2007 | 5 | Letters/Correspondence to Attorney Junk, Attorney Griffis, and Attorney Gausepohl advising of non-admitted status. (mm5) (Entered: 08/01/2007) |
| 08/06/2007 | 6 | NOTICE of Filing - State Court Record - by Davol Inc. (Attachments: # 1 State Court Record)(jk, ) (Entered: 08/07/2007) |
| 08/07/2007 | 7 | MOTION to Appear Pro Hac Vice by D. Mitchell McFarland for Michael L. Junk on behalf of Davol Inc.. (Attachments: # 1 Proposed Order Motion For Admission Pro Hac Vice - Michael L. Junk)(McFarland, D.) (Entered: 08/07/2007) |
| 08/07/2007 | 8 | Order for Scheduling Recommendations/Proposed Scheduling Order due |

| | | |
|---|---|---|
| | | by 9/28/2007.. Signed by Judge Sam Sparks. (jg3, ) (Entered: 08/08/2007) |
| 08/09/2007 | 9 | ORDER granting 7 Motion to Appear Pro Hac Vice as to Michael Junk. Signed by Judge Sam Sparks. (mc2, ) (Entered: 08/09/2007) |
| 08/13/2007 | 10 | MOTION to Appear Pro Hac Vice by D. Mitchell McFarland *for Kirby T. Griffis* on behalf of Davol Inc.. (Attachments: # 1 Proposed Order Motion For Admission Pro Hac Vice (Kirby T. Griffis))(McFarland, D.) Modified on 8/15/2007 to edit docket text (jk, ). (Entered: 08/13/2007) |
| 08/13/2007 | | Pro Hac Vice Fee Paid by Michael L. Junk; Filing fee $ 25, receipt number 407449. (jk, ) (Entered: 08/30/2007) |
| 08/14/2007 | 11 | ANSWER to Complaint with Jury Demand by Davol Inc..(jg3, ) (Entered: 08/14/2007) |
| 08/15/2007 | 12 | ORDER granting 10 Motion to Appear Pro Hac Vice. Signed by Judge Sam Sparks. (jk, ) (Entered: 08/15/2007) |
| 08/15/2007 | | Pro Hac Vice Fee Paid by Kirby T. Griffis; Filing fee $ 25, receipt number 407478. (jk, ) (Entered: 08/30/2007) |
| 09/11/2007 | 13 | Unopposed MOTION to Stay *Of Proceedings Pending Transfer To Federal MDL* by Davol Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order Defendant Davol Inc.'s Unopposed Motion For Stay of Proceedings Pending Transfer To Federal MDL)(McFarland, D.) (Entered: 09/11/2007) |
| 09/24/2007 | 14 | Certified Copy of MDL Conditional Transfer ORDER from the District of Rhode Island.(jk, ) (Entered: 09/27/2007) |
| 09/24/2007 | | (Court only) ***Civil Case Terminated. (jk, ) (Entered: 09/27/2007) |